IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Case Number: 2:24-cv-01160

GS HOLISTIC, LLC,

Plaintiff,

v.

SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK,

Defendants.
_____________________________________/

**REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Request for Entry of Clerk's Default against SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK, pursuant to Federal Rule of Civil Procedure 55(a). In support of this Request, GS HOLISTIC submits the Declaration of David L. Perry II ("Perry Declaration") and states as follows:

1. On September 12, 2024, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On October 4, 2024, a copy of the Complaint and Summons was served on SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, via Corporate Service. *See* Affidavit of Service [DE 7].

3. SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS was to have responded to or filed an answer to the Complaint by October 25th, 2024, but failed to file anything with this Court. *See* Perry Declaration at ¶ 4.

4. On October 4, 2024, a copy of the Complaint and Summons was served on SHAHED SHAIK, via Personal Service. *See* Affidavit of Service [DE 6].

5. SHAHED SHAIK was to have responded to or filed an answer to the Complaint by October 25th, 2024, but failed to file anything with this Court. *See* Perry Declaration at ¶ 6.

6. It has been more than twenty-one (21) days since SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK, were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK, have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court. *See* Perry Declaration at ¶ 6.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK, and such further and other relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ David L. Perry II*
David L. Perry II, Esq
FL Bar # 1045902
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441

Serv606@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ David L. Perry II*
David L. Perry