IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff.<br><br>v.<br><br>SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK,<br><br>Defendants. | Case No. 2:24-cv-01160<br><br>Judge Honorable J P Stadtmueller |

## **JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

The Plaintiff, GS HOLISTIC, LLC, and the Defendants, SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK, by and through their undersigned counsel, hereby file their Motion for Entry of a Protective Order, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure (the "Motion"). For the reasons set forth below, the parties' Motion should be granted.

The parties have agreed to enter into a protective order to facilitate the discovery of confidential information related to this action. The parties agree that certain categories of information should be treated as confidential, protected from disclosure outside this litigation, and used only for purposes of prosecuting or defending this action and any appeals. Therefore, the parties request entry of the proposed Protective Order attached hereto as Exhibit "A." The parties have agreed to the terms of the attached proposed order.

WHEREFORE, the parties respectfully request that this Court approve and enter the Stipulated Protective Order together with such further and other relief as this Honorable Court may deem just and proper.


By: *<u>/s/ David L. Perry II</u>*
David L. Perry II, Esquire
Fla Bar No. 1045902
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv514@LegalBrains.com
Serv606@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*



By: *<u>/s/ Serge Krimnus</u>*
Serge Krimnus, Esq
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(646) 971-0685
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 10th day of February 2025, with the Clerk of Court using CM/ECF to serve on all counsel of record.

*/s/ David L. Perry II*
David L. Perry II



**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222