IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPLASH DISTRIBUTORS LLC d/b/a SPLASH DISTRIBUTORS, and SHAHED SHAIK,<br><br>Defendants. | Case No. 24-CV-1160-JPS<br><br>Judge J. P. Stadtmueller |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**AGAINST DEFENDANT SPLASH DISTRIBUTORS, LLC**

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, David L. Perry II, Esquire, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendant, SPLASH DISTRIBUTORS, LLC, and in support thereof states as follows:

1. The Plaintiff filed its Complaint against the Defendants on September 12, 2024. [DE 1].

2. On October 4, 2024, the Defendant SPLASH DISTRIBUTORS, LLC, was served with the Complaint and Summons. [DE 7].

3. On October 30, 2024, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendant, SPLASH DISTRIBUTORS, LLC, which was subsequently granted on October 31, 2024. *See* [DE 8].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. In support of the motion, Plaintiff submits the following certifications:

Exhibit A: Declaration of Attorney David L. Perry II, Esquire, as to docket

review and costs expended.

Exhibit B: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

Exhibit D: Declaration of Investigator, as to sales of counterfeits.

Exhibit E: Trademark Registration Certificates for the Stundenglass Marks

Exhibit F: U.S. Patent No. D943,817

Exhibit G: U.S. Patent No. D970,804

Exhibit H: Investigation Report of SPLASH DISTRIBUTORS, LLC

Exhibit I: July 11, 2024 Webpage Print Out of Splashdistributors.com

Exhibit J: April 22, 2025 Screenshots of Splash's website

Exhibit K: Google Maps photographs of Splash Distributors' warehouse dated December 2021.

Exhibit L: Subpoena Request for Documents to SPLASH DISTRIBUTORS

Exhibit M: SPLASH DISTRIBUTORS, LLC's Subpoena Objections

Exhibit N: SPLASH DISTRIBUTORS, LLC's Objections to Discovery Requests.

Exhibit O: Request for Judicial Notice of Counterclaim for Fraud and Fraudulent Misrepresentation Against SPLASH DISTRIBUTORS, LLC; GS Holistic, LLC v. Vaper Zone, LLC et al., Civil Case No. 2:23-cv-00902; in the Eastern District of Wisconsin.

Exhibit P: Declaration of David Coorea, as to retailer purchase of counterfeit



**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

goods.

Exhibit Q: Invoices from Retailers

Exhibit R: Judgment in Northern District of Illinois in *GS Holistic, LLC v. WR Investments Corporation and Wisam Mhessin* (1:22-cv-05970) jury verdict for $272,600.00 in statutory damages and attorneys' fees for sale of one counterfeit Stundenglass gravity waterpipe by a retail store.

6. The Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $6.000,000.00, and requests additional briefing on its claim for design patent infringement.

7. Moreover, the Plaintiff has filed a Motion to Compel Production of Documents Pursuant to Subpoena Request, and requests that it be permitted to supplement its Motion for Default Judgment with additional evidence in support of its damages request.

8. Alternatively, if this Court is not persuaded by the Plaintiff's request for damages, the Plaintiff requests a jury determination of the statutory damages necessary to deter the Defendant and other would-be infringers. If this Honorable Court does not deem a jury determination proper, the Plaintiff alternatively requests a hearing such that it may present additional witnesses, evidence, and testimony necessary for this court to properly ascertain damages on all counts presented in the Complaint.

9. Additionally, the Plaintiff requests its reasonable attorneys' fees incurred in the case at bar, and asks that it be permitted to provide supplemental briefing as to those fees.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, requests this Honorable Court to grant the Plaintiff's Motion for Default Final Judgment in its entirety against the

Defendant, SPLASH DISTRIBUTORS LLC, award the Plaintiff $6,000,000.00 in statutory damages for willful use of three counterfeit marks, permit the Plaintiff to provide supplemental briefing on its claimed damages, particularly as to its Design Patent Infringement claim, or to leave the determination of statutory damages to a the discretion of a jury, or alternatively, to permit the Plaintiff to present its evidence to this Court at a hearing on damages on its claims, award the Plaintiff its attorneys' fees upon further briefing, and grant such further and other relief as this Honorable Court may deem just and proper.



**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 2, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*<u>/s/ David L. Perry II</u>*
David L. Perry II, Esquire
Florida Bar No. 1045902
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*