**`IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br>v.<br><br>SPLASH DISTRIBUTORS, LLC d/b/a SPLASH DISTRIBUTORS and SHAHED SHAIK,<br><br>Defendants. | Civil Action No.: 2:2024-cv-01160 |

**DEFENDANT SHAHED SHAIK'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant SHAHED SHAIK ("Defendant"), by and through his undersigned counsel, pursuant to FED. R. CIV. P. 12(b)(1), hereby moves to dismiss Plaintiff GS Holistic, LLC's ("Plaintiff") Complaint [ECF 1]. In support of the above-described motion, Defendant submits the accompanying Memorandum of Law in Support, Joint Statement of Facts, any other papers annexed hereto, and all other pleadings and proceedings filed herein.

Date: July 7, 2025
New York, New York

Respectfully submitted,

/s/ Serge Krimnus
Serge Krimnus, Esq.
John Rossler, Esq.
Bochner PLLC
1040 Avenue of the Americas
15th Floor
New York, NY 10018
(646) 971-0685
serge@bochner.law

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system to serve all counsel of record.

July 7, 2025

/s/ Serge Krimnus
Serge Krimnus, Esq.