# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GS HOLISTIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPLASH DISTRIBUTORS LLC and SHAHED SHAIK,<br><br>Defendants. | Case No. 24-CV-1160-JPS<br><br>**SCHEDULING ORDER** |

In order that the above-captioned litigation—now pending since September 2024—be brought to conclusion, the following dates have been set as to Plaintiff GS Holistic LLC and Defendant Shahed Shaik:

| | |
|---|---|
| **INTERIM SETTLEMENT REPORT:** | **Tuesday, September 1, 2026** |
| **DISPOSITIVE MOTIONS:** | **Thursday, October 1, 2026** |

Unless otherwise specified, the parties remain obligated to follow the protocols and deadlines as set by the Federal Rules of Civil Procedure, the Eastern District of Wisconsin Local Rules, and the Court's Pretrial Order. ECF No. 9. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted wthout good cause shown.

Dated at Milwaukee, Wisconsin, this 6th day of April, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge